# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2024-0717
Lower Tribunal No. 2022-CC-0110081-O

_____

WERKNRUST, INC.,

Appellant,

v.

GEICO INDEMNITY COMPANY,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
David P. Johnson, Judge.

January 27, 2026

PER CURIAM.

AFFIRMED.

NARDELLA, WHITE and BROWNLEE, JJ., concur.

Jack P. Caolo, Sanford, and Robert W. Borr, of Law Office of Robert W. Borr, P.L.,
Winter Park, for Appellant.

Sharon C. Degnan, of Kubicki Draper, Orlando, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED